# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0213
L.T. Case No. 2016-CF-001484-D

_____

AL D'WAYNE SMITH, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Al D'Wayne Smith, Sr., Okeechobee, pro se.

James Uthmeier, Attorney General, Tallahassee, and
Kurt T. Koehler, Assistant Attorney General, Daytona
Beach, for Appellee.


March 4, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____